**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Sasha Richard Kissoondath | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY | | |
| Case number (if known) | 25-11426 | | |

☐ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1:    Summarize Your Assets

|  |  | **Your assets** Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B.................................................. | $          205,000.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B........................................ | $           70,491.68 |
| | 1c. Copy line 63, Total of all property on Schedule A/B................................................. | $          275,491.68 |

### Part 2:    Summarize Your Liabilities

|  |  | **Your liabilities** Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $        3,441,161.80 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $                 0.00 |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $           28,276.19 |
| | **Your total liabilities** | $        3,469,437.99 |

### Part 3:    Summarize Your Income and Expenses

| 4. | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*.................................................... | $           10,264.00 |
|---|---|---|
| 5. | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*......................................................... | $           10,114.00 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☒ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☒ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1    Sasha Richard Kissoondath _____      Case number *(if known)* 25-11426

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                                    $ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Sasha Richard Kissoondath |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number | 25-11426 |
| (if known) | |

☐ Check if this is an
amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders          12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.   11 U.S.C. § 101.   Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**   List the 20 Unsecured Claims in Order from Largest to Smallest.   Do Not Include Claims by Insiders.

|  |  |  | Unsecured claim |
|---|---|---|---|
| **1** Bismark Construction Corp. 207-209 Berkeley Avenue Newark, NJ 07107 | What is the nature of the claim? | Business Debt | $0.00 |
| | **As of the date you file, the claim is:** Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed ☒ None of the above apply | | |
| | **Does the creditor have a lien on your property?** ☒ No ☐ Yes. Total claim (secured and unsecured) Value of security:  - Unsecured claim | | |
| Contact Contact phone | | | |
| **2** Brockwell & Carrington Contractors, Inc. 1 Como Court Towaco, NJ 07082 | What is the nature of the claim? | Business Debt | $0.00 |
| | **As of the date you file, the claim is:** Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed ☒ None of the above apply | | |
| | **Does the creditor have a lien on your property?** ☒ No ☐ Yes. Total claim (secured and unsecured) Value of security:  - Unsecured claim | | |
| Contact Contact phone | | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    Sasha Richard Kissoondath _____    Case number *(if known)*    25-11426

---

**3**    Catel, Inc.
P.O. Box 1383
Belmar, NJ 07719

**What is the nature of the claim?**    Business Debt    $0.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

Contact

Contact phone

☒ No
☐ Yes. Total claim (secured and unsecured)
　　Value of security:    -  _____
　　Unsecured claim    _____

---

**4**    D'Lauro & Rodgers, Inc.
275 Commerce Drive, Suite 200
Fort Washington, PA 19034

**What is the nature of the claim?**    Business Debt    $0.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

Contact

Contact phone

☒ No
☐ Yes. Total claim (secured and unsecured)
　　Value of security:    -  _____
　　Unsecured claim    _____

---

**5**    Epic Management, Inc.
136 Eleventh Street
Piscataway, NJ 08854

**What is the nature of the claim?**    Business Debt    $0.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

Contact

Contact phone

☒ No
☐ Yes. Total claim (secured and unsecured)
　　Value of security:    -  _____
　　Unsecured claim    _____

---

**6**    Floorlayers Local 251
91 Fieldcrest Avenue
Suite A22
Edison, NJ 08837

**What is the nature of the claim?**    Business Debt    $0.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

Contact

☒ No
☐ Yes. Total claim (secured and unsecured)
　　Value of security:    -  _____

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Sasha Richard Kissoondath | | Case number *(if known)* | 25-11426 |
|---|---|---|---|---|
| Contact phone | | Unsecured claim | | |

| 7 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101 | **What is the nature of the claim?** | | $209,521.46 |
|---|---|---|---|---|

**As of the date you file, the claim is:** Check all that apply

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

Contact

- ☐ No
- ☒ Yes. Total claim (secured and unsecured)    $209,521.46
  - Value of security:    - $0.00
  - Unsecured claim    $209,521.46

Contact phone

---

| 8 | Irwin & Leighton, Inc.<br>1014 West 9th Avenue<br>King of Prussia, PA 19406 | **What is the nature of the claim?** | Business Debt | $0.00 |
|---|---|---|---|---|

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**

Contact

- ☒ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:    -
  - Unsecured claim

Contact phone

---

| 9 | Kappa Construction Corp.<br>1 Freehold Road<br>Ocean City, NJ 07712 | **What is the nature of the claim?** | Business Debt | $0.00 |
|---|---|---|---|---|

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**

Contact

- ☒ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:    -
  - Unsecured claim

Contact phone

---

| 10 | Newport Construction Corporation<br>5032 Marlton Pike<br>Pennsauken, NJ 08109 | **What is the nature of the claim?** | Business Debt | $0.00 |
|---|---|---|---|---|

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**

- ☒ No

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 3

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Sasha Richard Kissoondath | | Case number *(if known)* | 25-11426 |

| | ☐ | Yes. Total claim (secured and unsecured) | |
| | | Value of security: | - |
| | | Unsecured claim | |

---

**11**

North Bergen BOE
7317 Kennedy Blvd.
North Bergen, NJ 07047

**What is the nature of the claim?**  Business Debt    $0.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

Contact

Contact phone

☒ No
☐ Yes. Total claim (secured and unsecured)
  Value of security:
  Unsecured claim

---

**12**

Rottenberg Lipman Rich, P.C.
230 Park Avenue, 18th Floor
New York, NY 10169

**What is the nature of the claim?**  Legal fees    $17,385.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

Contact

Contact phone

☒ No
☐ Yes. Total claim (secured and unsecured)
  Value of security:
  Unsecured claim

---

**13**

Salazar & Associates
2226 Morris Avenue
Union, NJ 07083

**What is the nature of the claim?**  Business Debt    $0.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

Contact

Contact phone

☒ No
☐ Yes. Total claim (secured and unsecured)
  Value of security:  -
  Unsecured claim

---

**14**

Santander Consumer USA Inc.
d/b/a Chrysler Capital as servicer
for CCAP Auto Lease Ltd.
P.O. Box 961245
Fort Worth, TX 76161

**What is the nature of the claim?**  Car Lease    $10,075.52

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 4

Software Copyright (c) 1996-2025 Best Case, LLC  -  www.bestcase.com    Best Case Bankruptcy

Debtor 1  Sasha Richard Kissoondath                          Case number *(if known)*  25-11426

|  | | No |
|---|---|---|
|  | ☒ | |
| Contact | ☐ | Yes. Total claim (secured and unsecured) |
|  | | Value of security: |
| Contact phone | | Unsecured claim |

**15**

Scozzari Builders Inc.
1891 North Olden Ave.
Trenton, NJ 08638

**What is the nature of the claim?**  Business Debt          $0.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

Contact                 ☒ No
                        ☐ Yes. Total claim (secured and unsecured)
                            Value of security:
Contact phone               Unsecured claim

**16**

Shorelands Construction Inc.
175 Washington St.
Long Branch, NJ 07740

**What is the nature of the claim?**  Business Debt          $0.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

Contact                 ☒ No
                        ☐ Yes. Total claim (secured and unsecured)
                            Value of security:
Contact phone               Unsecured claim

**17**

Structure Tone, LLC
1500 Walnut Street, Ste. 1410
Philadelphia, PA 19102

**What is the nature of the claim?**  Business Debt          $0.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

Contact                 ☒ No
                        ☐ Yes. Total claim (secured and unsecured)
                            Value of security:
Contact phone               Unsecured claim

**18**

Trustees of the Local 7 Tile
Industry
c/o Maura Moosnick
Virginia & Ambinder, LLP
40 Broad Street, 7th Floor

**What is the nature of the claim?**                    $3,231,640.34

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ None of the above apply

B 104 (Official Form 104)                    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims                    Page 5

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor 1 | Sasha Richard Kissoondath | Case number *(if known)* | 25-11426 |

New York, NY 10004

**Does the creditor have a lien on your property?**

☐ No
☒ Yes. Total claim (secured and unsecured)    $3,231,640.34
⠀⠀⠀Value of security:    - $0.00
⠀⠀⠀Unsecured claim    $3,231,640.34

Contact

Contact phone

---

**19**

Turner Construction Company
2001 Market Street
Suite 1200
Philadelphia, PA 19103

What is the nature of the claim?    Business Debt    $0.00

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
⠀⠀⠀Value of security:    -
⠀⠀⠀Unsecured claim

Contact

Contact phone

---

**20**

USAA Federal Savings Bank
Robertson, Anschutz, Schneid,
Crane & Partners PLLC
6409 Congress Avenue, Suite 100

Homeland, FL 33847

What is the nature of the claim?    Credit card purchases    $815.67

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
⠀⠀⠀Value of security:    -
⠀⠀⠀Unsecured claim

Contact

Contact phone

---

**Part 2:    Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

x /s/ *Sasha Kissoondath*                    x _____
Sasha Richard Kissoondath                    Signature of Debtor 2
Signature of Debtor 1

Date    03.10.2025                           Date _____

B 104 (Official Form 104)⠀⠀⠀⠀For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims⠀⠀⠀⠀Page 6

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com⠀⠀⠀⠀Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | Sasha Richard Kissoondath |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number | 25-11426 |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                                          12/15

In each category, separately list and describe items. List an asset only once.    If an asset fits in more than one category, list the asset in the category where you think it fits best.   Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.    **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☒ Yes.   Where is the property?

1.1

| 7 Fowler Ave | **What is the property?** Check all that apply | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|
| Street address, if available, or other description | ☒ Single-family home | |
| | ☐ Duplex or multi-unit building | |
| | ☐ Condominium or cooperative | |
| | ☐ Manufactured or mobile home | |

| | ☐ Land | **Current value of the** | **Current value of the** |
|---|---|---|---|
| Millville          NJ       08332 | ☐ Investment property | **entire property?** | **portion you own?** |
| City          State       ZIP Code | ☐ Timeshare | $410,000.00 | $205,000.00 |
| | ☐ Other | | |

**Who has an interest in the property?** Check one

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

| Cumberland | ☐ Debtor 1 only | Joint tenant |
|---|---|---|
| | ☐ Debtor 2 only | |
| County | ☐ Debtor 1 and Debtor 2 only | ☐ Check if this is community property |
| | ☒ At least one of the debtors and another | (see instructions) |

Other information you wish to add about this item, such as local property identification number:

2.    **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...........................................................................=>**

| |
|---|
| $205,000.00 |

**Part 2:**    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

| Debtor 1 | Sasha Richard Kissoondath | Case number *(if known)* | 25-11426 |

**3.  Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☒ Yes

| 3.1 | Make: | Tesla | | Who has an interest in the property? *Check one* | | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|---|---|

Model:  Y
Year:  2024
Approximate mileage:  19,162
Other information:

Who has an interest in the property? *Check one*

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| Unknown | Unknown |

**4.  Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No
☐ Yes

5  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.............................................................................=>**    $0.00

| **Part 3:** | Describe Your Personal and   Household Items | |
|---|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6.  Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☒ Yes.   Describe.....

| Bedroom furniture, living room furniture, dining room furniture and family room furniture | $2,500.00 |
|---|---|

**7.  Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
☒ Yes.   Describe.....

| TVs, radio | $1,000.00 |
|---|---|

**8.  Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☒ No
☐ Yes.   Describe.....

**9.  Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☒ No
☐ Yes.   Describe.....

**10.  Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
☒ No
☐ Yes.   Describe.....

**11.  Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
☒ Yes.   Describe.....

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | Sasha Richard Kissoondath | | Case number *(if known)* | 25-11426 |
| --- | --- | --- | --- | --- |

| Clothing | $500.00 |
| --- | --- |

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
☒ Yes.    Describe.....

| Wedding ring | $100.00 |
| --- | --- |
| Watch | $100.00 |

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☐ No
☒ Yes.    Describe.....

| Two dogs | Unknown |
| --- | --- |

**14. Any other personal and household items you did not already list, including any health aids you did not list**
☒ No
☐ Yes. Give specific information.....

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................

| $4,200.00 |
| --- |

**Part 4:    Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
| --- | --- |

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☐ No
☒ Yes..........................................................................................................

| Cash | $800.00 |
| --- | --- |

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
☒ Yes........................    Institution name:

| 17.1. | Checking | Navy Federal Credit Union | $93.15 |
| --- | --- | --- | --- |
| 17.2. | Checking | USAA Bank | $101.90 |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
☐ No
☒ Yes.................    Institution or issuer name:

| Robinhood | $4,264.00 |
| --- | --- |

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
☐ No
☒ Yes.    Give specific information about them...................

| Name of entity: | % of ownership: | |
| --- | --- | --- |
| KIMO Tile & Marble LLC | 51 % | Unknown |

Debtor 1    Sasha Richard Kissoondath                                    Case number *(if known)*   25-11426

20.  **Government and corporate bonds and other negotiable and non-negotiable instruments**
     *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
     *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
     ☒ No
     ☐ Yes. Give specific information about them
                             Issuer name:

21.  **Retirement or pension accounts**
     *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
     ☐ No
     ☒ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| Thrift Saving | The Thrift Savings Plan | $32,538.48 |
| 401(k) | KIMO Tile & Marble, LLC 401(k) | $26,898.47 |
| Pension | Veterans Affairs Disability Compensation | $1,595.68 |

22.  **Security deposits and prepayments**
     Your share of all unused deposits you have made so that you may continue service or use from a company
     *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
     ☒ No
     ☐ Yes. .....................                          Institution name or individual:

23.  **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
     ☒ No
     ☐ Yes.............          Issuer name and description.

24.  **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
     26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
     ☒ No
     ☐ Yes.............          Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25.  **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
     ☒ No
     ☐ Yes.   Give specific information about them...

26.  **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
     *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
     ☒ No
     ☐ Yes.   Give specific information about them...

27.  **Licenses, franchises, and other general intangibles**
     *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
     ☒ No
     ☐ Yes.   Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28.  **Tax refunds owed to you**
     ☒ No
     ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29.  **Family support**
     *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
     ☒ No
     ☐ Yes. Give specific information......

30.  **Other amounts someone owes you**
     *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,   workers' compensation, Social Security
              benefits; unpaid loans you made to someone else
     ☒ No
     ☐ Yes.   Give specific information..

Debtor 1   Sasha Richard Kissoondath                                          Case number *(if known)*   25-11426

31.  **Interests in insurance policies**
     *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
     ☒ No
     ☐ Yes. Name the insurance company of each policy and list its value.
                            Company name:                    Beneficiary:                    Surrender or refund
                                                                                             value:

32.  **Any interest in property that is due you from someone who has died**
     If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
     someone has died.
     ☒ No
     ☐ Yes.   Give specific information..

33.  **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
     *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
     ☒ No
     ☐ Yes.   Describe each claim.........

34.  **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
     ☒ No
     ☐ Yes.   Describe each claim.........

35.  **Any financial assets you did not already list**
     ☒ No
     ☐ Yes.   Give specific information..

36.  **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
     for Part 4. Write that number here**...............................................................................................................    | $66,291.68 |

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

37.  **Do you own or have any legal or equitable interest in any business-related property?**
     ☒ No. Go to Part 6.
     ☐ Yes.   Go to line 38.

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|         | If you own or have an interest in farmland, list it in Part 1. |

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
     ☒ No. Go to Part 7.
     ☐ Yes.   Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |

53.  **Do you have other property of any kind you did not already list?**
     *Examples:* Season tickets, country club membership
     ☒ No
     ☐ Yes. Give specific information.........

54.  **Add the dollar value of all of your entries from Part 7. Write that number here**   .....................................    | $0.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor 1   Sasha Richard Kissoondath                                          Case number *(if known)*   25-11426

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

55.  **Part 1: Total real estate, line 2** ................................................................................................................   $205,000.00

56.  **Part 2: Total vehicles, line 5**                                                    $0.00

57.  **Part 3: Total personal and household items, line 15**                              $4,200.00

58.  **Part 4: Total financial assets, line 36**                                          $66,291.68

59.  **Part 5: Total business-related property, line 45**                                 $0.00

60.  **Part 6: Total farm- and fishing-related property, line 52**                        $0.00

61.  **Part 7: Total other property not listed, line 54**            +                    $0.00

62.  **Total personal property.** Add lines 56 through 61...          $70,491.68    Copy personal property total     $70,491.68

63.  **Total of all property on Schedule A/B**. Add line 55 + line 62

$275,491.68

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

| Fill in this information to identify your case: | |
|---|---|

| Debtor 1 | Sasha Richard Kissoondath | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY | | |
| Case number | 25-11426 | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

**4/22**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.    11 U.S.C. § 522(b)(3)

   ☒ You are claiming federal exemptions.    11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| 7 Fowler Ave, Millville, NJ 08332<br>Cumberland County<br>Line from *Schedule A/B*: 1.1 | $205,000.00 | ☒ _____ $27,900.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| 2024 Tesla Y 19,162 miles<br>Line from *Schedule A/B*: 3.1 | Unknown | ☒ _____ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| Bedroom furniture, living room furniture, dining room furniture and family room furniture<br>Line from *Schedule A/B*: 6.1 | $2,500.00 | ☒ _____ $2,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| TVs, radio<br>Line from *Schedule A/B*: 7.1 | $1,000.00 | ☒ _____ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Clothing<br>Line from *Schedule A/B*: 11.1 | $500.00 | ☒ _____ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    Sasha Richard Kissoondath                                   Case number (if known)    25-11426

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Watch<br>Line from *Schedule A/B*: 12.2 | $100.00 | ☒ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| Wedding ring<br>Line from *Schedule A/B*: 12.1 | $100.00 | ☒ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| Two dogs<br>Line from *Schedule A/B*: 13.1 | Unknown | ☒ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| The Thrift Savings Plan<br>Line from *Schedule A/B*: 21.1 | $32,538.48 | ☒ $32,538.48<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(12) |
| KIMO Tile & Marble, LLC 401(k)<br>Line from *Schedule A/B*: 21.2 | $26,898.47 | ☒ $26,898.47<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(12) |
| Veterans Affairs Disability Compensation<br>Line from *Schedule A/B*: 21.3 | $1,595.68 | ☒ $1,595.68<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(12) |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☒ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Sasha Richard Kissoondath | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  DISTRICT OF NEW JERSEY

Case number  25-11426
(if known)

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**
☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
☒ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims | | | |
|---|---|---|---|---|

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1** Internal Revenue Service<br>Creditor's Name | **Describe the property that secures the claim:** | $209,521.46 | $0.00 | $209,521.46 |

P.O. Box 7346
Philadelphia, PA 19101
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)  Taxes

Date debt was incurred _____  Last 4 digits of account number  9238

| | | | | |
|---|---|---|---|---|
| **2.2** Trustees of the Local 7 Tile Industry<br>Creditor's Name | **Describe the property that secures the claim:** | $3,231,640.34 | $0.00 | $3,231,640.34 |

c/o Maura Moosnick
Virgnia & Ambinder, LLP
40 Broad Street, 7th Floor
New York, NY 10004
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☒ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred  October 1, 2017  Last 4 digits of account number _____

| | |
|---|---|
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | $3,441,161.80 |
| **If this is the last page of your form, add the dollar value totals from all pages.** | $3,441,161.80 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor 1  Sasha Richard Kissoondath _____    Case number (if known)  25-11426
     First Name     Middle Name     Last Name

**Write that number here:**

---

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Sasha Richard Kissoondath |
| | First Name                Middle Name                Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name                Middle Name                Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | 25-11426 |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.   Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☒ No. Go to Part 2.
   ☐ Yes.

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☒ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | Total claim |
|---|---|---|

| 4.1 | Bismark Construction Corp. | Last 4 digits of account number _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name

**207-209 Berkeley Avenue**
**Newark, NJ 07107**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Business Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1   Sasha Richard Kissoondath                                    Case number (if known)   25-11426

---

**4.2** Brockwell & Carrington Contractors, Inc.

Nonpriority Creditor's Name

1 Como Court
Towaco, NJ 07082

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** _____                    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Business Debt

---

**4.3** Catel, Inc.

Nonpriority Creditor's Name

P.O. Box 1383
Belmar, NJ 07719

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** _____                    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Business Debt

---

**4.4** D'Lauro & Rodgers, Inc.

Nonpriority Creditor's Name

275 Commerce Drive, Suite 200
Fort Washington, PA 19034

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** _____                    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Business Debt

---

Debtor 1  Sasha Richard Kissoondath _____   Case number (if known)   25-11426

---

**4.5**  Epic Management, Inc. _____   Last 4 digits of account number _____   Unknown
Nonpriority Creditor's Name
136 Eleventh Street
Piscataway, NJ 08854 _____   **When was the debt incurred?** _____
Number Street City State Zip Code
**Who incurred the debt?** Check one.   **As of the date you file, the claim is:** Check all that apply
☐ Debtor 1 only
☐ Debtor 2 only   ☐ Contingent
☐ Debtor 1 and Debtor 2 only   ☐ Unliquidated
☒ At least one of the debtors and another   ☐ Disputed
☐ **Check if this claim is for a  community**   **Type of NONPRIORITY unsecured claim:**
**debt**   ☐ Student loans
**Is the claim subject to offset?**   ☐ Obligations arising out of a separation agreement or divorce that you did not
☒ No   report as priority claims
☐ Yes   ☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Business Debt

---

**4.6**  Floorlayers Local 251 _____   Last 4 digits of account number _____   Unknown
Nonpriority Creditor's Name
91 Fieldcrest Avenue
Suite A22
Edison, NJ 08837 _____   **When was the debt incurred?** _____
Number Street City State Zip Code
**Who incurred the debt?** Check one.   **As of the date you file, the claim is:** Check all that apply
☐ Debtor 1 only
☐ Debtor 2 only   ☐ Contingent
☐ Debtor 1 and Debtor 2 only   ☐ Unliquidated
☒ At least one of the debtors and another   ☐ Disputed
☐ **Check if this claim is for a  community**   **Type of NONPRIORITY unsecured claim:**
**debt**   ☐ Student loans
**Is the claim subject to offset?**   ☐ Obligations arising out of a separation agreement or divorce that you did not
☒ No   report as priority claims
☐ Yes   ☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Business Debt

---

**4.7**  Irwin & Leighton, Inc. _____   Last 4 digits of account number _____   Unknown
Nonpriority Creditor's Name
1014 West 9th Avenue
King of Prussia, PA 19406 _____   **When was the debt incurred?** _____
Number Street City State Zip Code
**Who incurred the debt?** Check one.   **As of the date you file, the claim is:** Check all that apply
☐ Debtor 1 only
☐ Debtor 2 only   ☐ Contingent
☐ Debtor 1 and Debtor 2 only   ☐ Unliquidated
☒ At least one of the debtors and another   ☐ Disputed
☐ **Check if this claim is for a  community**   **Type of NONPRIORITY unsecured claim:**
**debt**   ☐ Student loans
**Is the claim subject to offset?**   ☐ Obligations arising out of a separation agreement or divorce that you did not
☒ No   report as priority claims
☐ Yes   ☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Business Debt

---

Debtor 1   Sasha Richard Kissoondath                                                    Case number (if known)    25-11426

| 4.8 | Kappa Construction Corp. | Last 4 digits of account number | _____ | Unknown |

**4.8**

Kappa Construction Corp.
Nonpriority Creditor's Name
1 Freehold Road
Ocean City, NJ 07712
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____       Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Business Debt

---

**4.9**

Newport Construction Corporation
Nonpriority Creditor's Name
5032 Marlton Pike
Pennsauken, NJ 08109
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____       Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Business Debt

---

**4.10**

North Bergen BOE
Nonpriority Creditor's Name
7317 Kennedy Blvd.
North Bergen, NJ 07047
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____       Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Business Debt

Debtor 1   Sasha Richard Kissoondath                                         Case number (if known)   25-11426

---

**4.1
1**

Rottenberg Lipman Rich, P.C.
Nonpriority Creditor's Name
230 Park Avenue, 18th Floor
New York, NY 10169
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   5090                          $17,385.00

**When was the debt incurred?**   February 4, 2025

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Legal fees

---

**4.1
2**

Salazar & Associates
Nonpriority Creditor's Name
2226 Morris Avenue
Union, NJ 07083
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**                          Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Business Debt

---

**4.1
3**

Santander Consumer USA Inc.
Nonpriority Creditor's Name
d/b/a Chrysler Capital as servicer for
CCAP Auto Lease Ltd.
P.O. Box 961245
Fort Worth, TX 76161
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   4117                          $10,075.52

**When was the debt incurred?**   05/02/2024

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Car Lease

---

Debtor 1   Sasha Richard Kissoondath                                    Case number (if known)   25-11426

---

**4.1 4**

Scozzari Builders Inc.                                Last 4 digits of account number _____                Unknown
Nonpriority Creditor's Name
1891 North Olden Ave.                                 When was the debt incurred? _____
Trenton, NJ 08638
Number Street City State Zip Code                     As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                                       ☐ Contingent
☐ Debtor 2 only                                       ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                          ☐ Disputed
☒ At least one of the debtors and another             Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a   community            ☐ Student loans
debt                                                  ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                       report as priority claims
☒ No                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                 ☒ Other. Specify   Business Debt _____

---

**4.1 5**

Shorelands Construction Inc.                          Last 4 digits of account number _____                Unknown
Nonpriority Creditor's Name
175 Washington St.                                    When was the debt incurred? _____
Long Branch, NJ 07740
Number Street City State Zip Code                     As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                                       ☐ Contingent
☐ Debtor 2 only                                       ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                          ☐ Disputed
☒ At least one of the debtors and another             Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a   community            ☐ Student loans
debt                                                  ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                       report as priority claims
☒ No                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                 ☒ Other. Specify   Business Debt _____

---

**4.1 6**

Structure Tone, LLC                                   Last 4 digits of account number _____                Unknown
Nonpriority Creditor's Name
1500 Walnut Street, Ste. 1410                         When was the debt incurred? _____
Philadelphia, PA 19102
Number Street City State Zip Code                     As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                                       ☐ Contingent
☐ Debtor 2 only                                       ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                          ☐ Disputed
☒ At least one of the debtors and another             Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a   community            ☐ Student loans
debt                                                  ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                       report as priority claims
☒ No                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                 ☒ Other. Specify   Business Debt _____

---

Debtor 1   Sasha Richard Kissoondath                                                    Case number (if known)    25-11426

---

| 4.17 | Turner Construction Company | Last 4 digits of account number | | | Unknown |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
2001 Market Street
Suite 1200
Philadelphia, PA 19103

When was the debt incurred?

Number Street City State Zip Code
**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Business Debt

---

| 4.18 | USAA Federal Savings Bank | Last 4 digits of account number | 9296 | | $815.67 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
Robertson, Anschutz, Schneid, Crane & Partners PLLC
6409 Congress Avenue, Suite 100

Homeland, FL 33847

When was the debt incurred?

Number Street City State Zip Code
**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Credit card purchases

---

| 4.19 | Vana Construction Co., Inc. | Last 4 digits of account number | | | Unknown |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
249 Leonia Avenue
Bogota, NJ 07603

When was the debt incurred?

Number Street City State Zip Code
**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Business Debt

---

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Part 4:**   **Add the Amounts for Each Type of Unsecured Claim**

6.   Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | Total Claim |
|---|---|

Debtor 1  Sasha Richard Kissoondath                                          Case number (if known)   25-11426

| | | | | |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ _____ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ _____ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ _____ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ _____ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ _____ 0.00 |

| | | | | **Total Claim** |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ _____ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ _____ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ _____ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ _____ 28,276.19 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ _____ 28,276.19 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Sasha Richard Kissoondath |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number | 25-11426 |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules.   You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1   Santander Consumer USA Inc.<br>d/b/a Chrysler Capital as servicer for CCAP Auto Lease Ltd.<br>P.O. Box 961245<br>Fort Worth, TX 76161 | Motor Vehicle Lease Agreement |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Sasha Richard Kissoondath |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number | 25-11426 |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                          12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
☒ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☒ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| | *Column 1:* **Your codebtor** Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.1 | KIMO Tile & Marble LLC 1940 South West Blvd. Vineland, NJ 08360 | ☒ Schedule D, line ___2.2___ ☐ Schedule E/F, line _____ ☐ Schedule G Trustees of the Local 7 Tile Industry |
| 3.2 | KIMO Tile & Marble LLC 1940 South West Blvd. Vineland, NJ 08360 | ☐ Schedule D, line _____ ☒ Schedule E/F, line ___4.1___ ☐ Schedule G Bismark Construction Corp. |
| 3.3 | KIMO Tile & Marble LLC 1940 South West Blvd. Vineland, NJ 08360 | ☐ Schedule D, line _____ ☒ Schedule E/F, line ___4.2___ ☐ Schedule G Brockwell & Carrington Contractors, Inc. |
| 3.4 | KIMO Tile & Marble LLC 1940 South West Blvd. Vineland, NJ 08360 | ☐ Schedule D, line _____ ☒ Schedule E/F, line ___4.3___ ☐ Schedule G Catel, Inc. |

Debtor 1  Sasha Richard Kissoondath                                    Case number *(if known)*    25-11426

| | Additional Page to List More Codebtors |
|---|---|
| | *Column 1:* **Your codebtor** |

| | Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|---|
| 3.5 | KIMO Tile & Marble LLC<br>1940 South West Blvd.<br>Vineland, NJ 08360 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.4___<br>☐ Schedule G _____<br>D'Lauro & Rodgers, Inc. |
| 3.6 | KIMO Tile & Marble LLC<br>1940 South West Blvd.<br>Vineland, NJ 08360 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.5___<br>☐ Schedule G _____<br>Epic Management, Inc. |
| 3.7 | KIMO Tile & Marble LLC<br>1940 South West Blvd.<br>Vineland, NJ 08360 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.6___<br>☐ Schedule G _____<br>Floorlayers Local 251 |
| 3.8 | KIMO Tile & Marble LLC<br>1940 South West Blvd.<br>Vineland, NJ 08360 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.7___<br>☐ Schedule G _____<br>Irwin & Leighton, Inc. |
| 3.9 | KIMO Tile & Marble LLC<br>1940 South West Blvd.<br>Vineland, NJ 08360 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.8___<br>☐ Schedule G _____<br>Kappa Construction Corp. |
| 3.10 | KIMO Tile & Marble LLC<br>1940 South West Blvd.<br>Vineland, NJ 08360 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.9___<br>☐ Schedule G _____<br>Newport Construction Corporation |
| 3.11 | KIMO Tile & Marble LLC<br>1940 South West Blvd.<br>Vineland, NJ 08360 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.10___<br>☐ Schedule G _____<br>North Bergen BOE |
| 3.12 | KIMO Tile & Marble LLC<br>1940 South West Blvd.<br>Vineland, NJ 08360 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.12___<br>☐ Schedule G _____<br>Salazar & Associates |
| 3.13 | KIMO Tile & Marble LLC<br>1940 South West Blvd.<br>Vineland, NJ 08360 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.14___<br>☐ Schedule G _____<br>Scozzari Builders Inc. |

Debtor 1  Sasha Richard Kissoondath                                      Case number *(if known)*  25-11426

---

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** <br> Check all schedules that apply: |
|---|---|
| 3.14  KIMO Tile & Marble LLC <br> 1940 South West Blvd. <br> Vineland, NJ 08360 | ☐ Schedule D, line _____ <br> ☒ Schedule E/F, line ___4.15___ <br> ☐ Schedule G _____ <br> Shorelands Construction Inc. |
| 3.15  KIMO Tile & Marble LLC <br> 1940 South West Blvd. <br> Vineland, NJ 08360 | ☐ Schedule D, line _____ <br> ☒ Schedule E/F, line ___4.16___ <br> ☐ Schedule G _____ <br> Structure Tone, LLC |
| 3.16  KIMO Tile & Marble LLC <br> 1940 South West Blvd. <br> Vineland, NJ 08360 | ☐ Schedule D, line _____ <br> ☒ Schedule E/F, line ___4.17___ <br> ☐ Schedule G _____ <br> Turner Construction Company |
| 3.17  KIMO Tile & Marble LLC <br> 1940 South West Blvd. <br> Vineland, NJ 08360 | ☐ Schedule D, line _____ <br> ☒ Schedule E/F, line ___4.19___ <br> ☐ Schedule G _____ <br> Vana Construction Co., Inc. |
| 3.18  KIMO Tile & Marble LLC <br> 1940 South West Blvd. <br> Vineland, NJ 08360 | ☒ Schedule D, line ___2.1___ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G _____ <br> Internal Revenue Service |
| 3.19  KIMO Tile & Marble LLC <br> 1940 South West Blvd. <br> Vineland, NJ 08360 | ☐ Schedule D, line _____ <br> ☒ Schedule E/F, line ___4.18___ <br> ☐ Schedule G _____ <br> USAA Federal Savings Bank |

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Sasha Richard Kissoondath |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (If known) | 25-11426 |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:       Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. | **Fill in your employment information.**  If you have more than one job, attach a separate page with information about additional employers.  Include part-time, seasonal, or self-employed work.  Occupation may include student or homemaker, if it applies. | | |
| | Employment status | ☒ Employed  ☐ Not employed | ☐ Employed  ☒ Not employed |
| | Occupation | Transportation Security Officer | |
| | Employer's name | Department Homeland Security | |
| | Employer's address | 8500 Essington Ave Philadelphia, PA 19153 | |
| | How long employed there? | 3 years | |

### Part 2:       Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $ 7,600.00 | $ 0.00 |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ 0.00 |
| 4. | Calculate gross income.  Add line 2 + line 3. | 4. | $ 7,600.00 | $ 0.00 |

Debtor 1    Sasha Richard Kissoondath _____    Case number (*if known*)    25-11426

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here ................................................... | 4. $ 7,600.00 | $ 0.00 |

**5.** List all payroll deductions:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 920.00 | $ 0.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 492.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. | $ 1,020.00 | $ 0.00 |
| 5f. | Domestic support obligations | 5f. | $ 500.00 | $ 0.00 |
| 5g. | Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: _____ | 5h.+ | $ 0.00 + | $ 0.00 |

**6.** Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $ 2,932.00    $ 0.00

**7.** Calculate total monthly take-home pay. Subtract line 6 from line 4.    7.    $ 4,668.00    $ 0.00

**8.** List all other income regularly received:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. | Interest and dividends | 8b. | $ 0.00 | $ 0.00 |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| 8e. | Social Security | 8e. | $ 0.00 | $ 0.00 |
| 8f. | Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. | Pension or retirement income | 8g. | $ 5,596.00 | $ 0.00 |
| 8h. | Other monthly income. Specify: _____ | 8h.+ | $ 0.00 + | $ 0.00 |

**9.** Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $ 5,596.00    $ 0.00

**10.** Calculate monthly income. Add line 7 + line 9.    10.    $ 10,264.00 + $ 0.00 = $ 10,264.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11.** State all other regular contributions to the expenses that you list in *Schedule J*.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____    11.    +$ 0.00

**12.** Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies    12.    $ 10,264.00

**Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?
☐ No.
☒ Yes. Explain: | Closure of Business currently in Bankruptcy |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Sasha Richard Kissoondath |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (If known) | 25-11426 |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☒ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**    ☐ No

   Do not list Debtor 1 and Debtor 2.    ☒ Yes.    Fill out this information for each dependent..............

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Wife | 42 | ☐ No  ☒ Yes |
| Son | 21 | ☐ No  ☒ Yes |
| Daughter | 16 | ☒ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ☒ No   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | | Your expenses |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ | 3,250.00 |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. $ | 692.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 280.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 300.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 100.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |
| 6. | **Utilities:** | | |
| 6a. | Electricity, heat, natural gas | 6a. $ | 250.00 |
| 6b. | Water, sewer, garbage collection | 6b. $ | 150.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 250.00 |
| 6d. | Other. Specify: | 6d. $ | 0.00 |

Debtor 1   Sasha Richard Kissoondath                                    Case number (if known)   25-11426

| | | | | | |
|---|---|---|---|---|---|
| 7. | **Food and housekeeping supplies** | | 7. | $ | 1,600.00 |
| 8. | **Childcare and children's education costs** | | 8. | $ | 750.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. | $ | 100.00 |
| 10. | **Personal care products and services** | | 10. | $ | 200.00 |
| 11. | **Medical and dental expenses** | | 11. | $ | 250.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. | $ | 400.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. | $ | 100.00 |
| 14. | **Charitable contributions and religious donations** | | 14. | $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | | |
| | 15a. Life insurance | | 15a. | $ | 287.00 |
| | 15b. Health insurance | | 15b. | $ | 0.00 |
| | 15c. Vehicle insurance | | 15c. | $ | 480.00 |
| | 15d. Other insurance. Specify: Credit Cards | | 15d. | $ | 300.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. | $ | 0.00 |
| 17. | **Installment or lease payments:** | | | | |
| | 17a. Car payments for Vehicle 1 | | 17a. | $ | 375.00 |
| | 17b. Car payments for Vehicle 2 | | 17b. | $ | 0.00 |
| | 17c. Other. Specify: | | 17c. | $ | 0.00 |
| | 17d. Other. Specify: | | 17d. | $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. | $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | | | |
| | 20a. Mortgages on other property | | 20a. | $ | 0.00 |
| | 20b. Real estate taxes | | 20b. | $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | | 20c. | $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | | 20d. | $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | | 20e. | $ | 0.00 |
| 21. | **Other:** Specify: | | 21. | +$ | 0.00 |

22. **Calculate your monthly expenses**
    22a. Add lines 4 through 21.                                                                    $    10,114.00
    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2             $

    22c. Add line 22a and 22b.  The result is your monthly expenses.                                 $    10,114.00

23. **Calculate your monthly net income.**
    23a. Copy line 12 (your combined monthly income) from Schedule I.           23a. $    10,264.00
    23b. Copy your monthly expenses from line 22c above.                        23b. -$    10,114.00

    23c. Subtract your monthly expenses from your monthly income.
         The result is your *monthly net income*.                               23c. $      150.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    ☒ No.
    ☐ Yes.      Explain here:

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Sasha Richard Kissoondath |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number | 25-11426 |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No
☐ Yes.   Name of person _____     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

x /s/ *Sasha Kissoondath*                     X _____
Sasha Richard Kissoondath                      Signature of Debtor 2
Signature of Debtor 1

Date  March 10, 2025                           Date _____

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Sasha Richard Kissoondath |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | 25-11426 |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy          04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.   If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:     Give Details About Your Marital Status and Where You Lived Before**

1.  **What is your current marital status?**

☒ Married
☐ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

☒ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☒ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2     Explain the Sources of Your Income**

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☒ Wages, commissions, bonuses, tips | Unknown | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For last calendar year:** **(January 1 to December 31, 2024 )** | ☒ Wages, commissions, bonuses, tips | Unknown | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1    Sasha Richard Kissoondath                                    Case number (*if known*)    25-11426

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2023 )** | ☒ Wages, commissions, bonuses, tips | Unknown | ☐ Wages, commissions, bonuses, tips | |
|  | ☐ Operating a business | | ☐ Operating a business | |

**5.    Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐    No
☒    Yes. Fill in the details.

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | VA Disability Pension | | | |
| **For last calendar year:**<br>**(January 1 to December 31, 2024 )** | VA Disability Pension | | | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2023 )** | VA Disability Pension | | | |

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

**6.    Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☒    No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☒    No.    Go to line 7.

☐    Yes    List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
\* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☐    Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐    No.    Go to line 7.

☐    Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| **Creditor's Name and Address** | **Dates of payment** | **Total amount paid** | **Amount you still owe** | **Was this payment for ...** |
|---|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | Sasha Richard Kissoondath | Case number *(if known)* | 25-11426 |
|---|---|---|---|

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☒ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☒ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| | | | | |

**Part 4:**   Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☒ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| KIMO Tile @ Marble, LLC 24-20009 | Bankruptcy | United States Bankruptcy Court for the District of New Jersey Mitchell H. Cohen U.S. Courthouse 400 Cooper Street, 4th Floor Camden, NJ 08101 | ☒ Pending ☐ On appeal ☐ Concluded |
| Trustees of the Local 7 Tile Industry Welfare Fund   et al., v. Sasha Kissoondath CUM-L-000545-24 | Contract/Commercial Transaction | New Jersey Superior Court Cumberland County 60 West Broad Street Bridgeton, NJ 08302 | ☒ Pending ☐ On appeal ☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☒ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| | | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
☒ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
☒ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    Sasha Richard Kissoondath                                Case number *(if known)*   25-11426

| **Part 5:** | **List Certain Gifts and Contributions** |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
☒ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
☒ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that   total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

| **Part 6:** | **List Certain Losses** |
|---|---|

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☒ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

| **Part 7:** | **List Certain Payments or Transfers** |
|---|---|

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☒ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Bielli & Klauder, LLC<br>1905 Spruce Street<br>Philadelphia, PA<br>www.bk-legal.com | Retainer for legal services | February 11, 2025 | $10,000.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☒ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

| Debtor 1 | Sasha Richard Kissoondath | Case number (*if known*) | 25-11426 |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☒ No
☐ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☒ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☒ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☒ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☒ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:    Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No
☒ Yes.    Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| KIMO Tile & Marble, LLC 1940 South West Blvd. Vineland, NJ 08360 | 7 Fowler Ave Millville, NJ 08332 | Shed containing tile and setting materials | Unknown |

**Part 10:    Give Details About Environmental Information**

**For the purpose of Part 10, the following definitions apply:**

☒ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or

| Debtor 1 | Sasha Richard Kissoondath | Case number *(if known)* | 25-11426 |

toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

☒ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

☒ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☒ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25. Have you notified any governmental unit of any release of hazardous material?

☒ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☒ **No**
☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:**  Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☒ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ **No. None of the above applies.   Go to Part 12.**
☒ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| KIMO Tile & Marble, LLC<br>1940 South West Blvd.<br>Vineland, NJ 08362 | Commercial tile flooring contractor<br><br>Nicholas Cinquino | **EIN:** 46-5079883<br><br>**From-To** 2014 - Present |

Debtor 1    Sasha Richard Kissoondath _____    Case number (*if known*)    25-11426

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ **No**
☒ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| Nicholas Cinquino<br>509 White Horse<br>Pike A<br>Haddon Heights, NJ 08035 | |

**Part 12:** **Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

/s/ *Sasha Kissoondath* _____     _____

Sasha Richard Kissoondath                    **Signature of Debtor 2**
**Signature of Debtor 1**

Date    03.10.2025 _____     Date    _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
☒ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
☒ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of New Jersey

In re  Sasha Richard Kissoondath _____  Case No.  25-11426 _____
_____ Debtor(s)  Chapter  11 _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

For legal services, I have agreed to accept .............................................................  $  _____

Prior to the filing of this statement I have received .........................................  $  _____

Balance Due .........................................................................................................  $  _____

☒ **RETAINER**

For legal services, I have agreed to accept and received a retainer of ...........................  $  _____10,000.00_____

The undersigned shall bill against the retainer at an hourly rate of ...............................  $  <u>Please see attachment</u>.
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

☒ Debtor       ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☒ Debtor       ☐ Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [Other provisions as needed]
   Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

In re    Sasha Richard Kissoondath                                    Case No.    25-11426
                                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

March 10, 2025
*Date*

*/s/ Angela L. Mastrangelo*
Angela L. Mastrangelo
*Signature of Attorney*
Bielli & Klauder, LLC
1905 Spruce Street
Philadelphia, PA 19103
 Fax:
mastrangelo@bk-legal.com
*Name of law firm*

---

**FIRM HOURLY RATE SCHEDULE**

| Name of Professional Person | Position and Number of Years in that Position | Hourly Billing Rate |
|---|---|---|
| Thomas D. Bielli | Partner; joined partnership in 2015 | $400.00 |
| David M. Klauder | Partner; joined partnership in 2015; | $400.00 |
| Ryan M. Ernst | Of-Counsel; joined the Firm in 2020 | $375.00 |
| Angela L. Mastrangelo | Of-Counsel; joined the Firm in 2021 | $350.00 |
| Brooke N. Hoffmann | Paraprofessional; joined the Firm in 2022 | $150.00 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**BIELLI & KLAUDER, LLC**
Angela L. Mastrangelo, Esquire
(No. 239652019)
1905 Spruce Street
Philadelphia, PA 19103
Telephone: 215-642-8271
mastrangelo@bk-legal.com

*Counsel to Debtor*.

| | |
|---|---|
| In re:<br><br>Sasha Richard Kissoondath,<br><br>              Debtor. | Chapter 11<br><br>Case No. 25-11426 (JNP) |

**STATEMENT PURSUANT TO 11 U.S.C. § 1116(B); SMALL BUSINESS BALANCE SHEET, STATEMENT OF OPERATIONS, CASH FLOW STATEMENT, AND 2024 TAX RETURNS**

Sasha Richard Kissoondath (the "Debtor"), pursuant to Federal Rules of Bankruptcy Procedure hereby files this Small Business Balance Sheet, Statement of Operations, Cash Flow Statement and 2024 Tax Returns Pursuant to 11 U.S.C. § 1116(B) as follows:

The Debtor states that as of the filing of the voluntary petition, no such documents have been prepared and a Federal tax return has not been filed yet for 2024.

I, the named Debtor in this case, declare under penalty of perjury that this Statement Pursuant to 11 U.S.C. § 1116(B) is true and correct to the best of my knowledge, information, and belief.

Dated: March 10, 2025            */s/ Sasha Kissoondath*
                                Sasha R. Kissoondath

**United States Bankruptcy Court**
**District of New Jersey**

In re  Sasha Richard Kissoondath

Debtor(s)

Case No.   25-11426

Chapter    11

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:      03.10.2025

/s/ *Sasha Kissoondath*

Sasha Richard Kissoondath
Signature of Debtor

Bismark Construction Corp.
207-209 Berkeley Avenue
Newark, NJ 07107


Brockwell & Carrington Contractors, Inc.
1 Como Court
Towaco, NJ 07082


Catel, Inc.
P.O. Box 1383
Belmar, NJ 07719


D'Lauro & Rodgers, Inc.
275 Commerce Drive, Suite 200
Fort Washington, PA 19034


Epic Management, Inc.
136 Eleventh Street
Piscataway, NJ 08854


Floorlayers Local 251
91 Fieldcrest Avenue
Suite A22
Edison, NJ 08837


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


Irwin & Leighton, Inc.
1014 West 9th Avenue
King of Prussia, PA 19406


Kappa Construction Corp.
1 Freehold Road
Ocean City, NJ 07712


KIMO Tile & Marble LLC
1940 South West Blvd.
Vineland, NJ 08360


Local 7 Tile Industry
c/o Maura Moosnick, Esq.
Virginia & Ambinder, LLP 40 Broad Street
New York, NY 10004


Newport Construction Corporation
5032 Marlton Pike
Pennsauken, NJ 08109


North Bergen BOE
7317 Kennedy Blvd.
North Bergen, NJ 07047

Rottenberg Lipman Rich, P.C.
230 Park Avenue, 18th Floor
New York, NY 10169


Salazar & Associates
2226 Morris Avenue
Union, NJ 07083


Santander Consumer USA Inc.
d/b/a Chrysler Capital as servicer for C
P.O. Box 961245
Fort Worth, TX 76161


Scozzari Builders Inc.
1891 North Olden Ave.
Trenton, NJ 08638


Shorelands Construction Inc.
175 Washington St.
Long Branch, NJ 07740


Structure Tone, LLC
1500 Walnut Street, Ste. 1410
Philadelphia, PA 19102


Trustees of the Local 7 Tile Industry
c/o Maura Moosnick
Virgnia & Ambinder, LLP 40 Broad Street,
New York, NY 10004


Turner Construction Company
2001 Market Street
Suite 1200
Philadelphia, PA 19103


USAA Federal Savings Bank
Robertson, Anschutz, Schneid, Crane & Pa
6409 Congress Avenue, Suite 100
Homeland, FL 33847


Vana Construction Co., Inc.
249 Leonia Avenue
Bogota, NJ 07603