| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| *Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>BIELLI & KLAUDER, LLC<br>Angela L. Mastrangelo, Esquire (No. 239652019)<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>Telephone: (215) 642-8271<br>mastrangelo@bk-legal.com<br><br>*Counsel to Sasha Richard Kissoondath* |
| In re:<br><br><br>Sasha Richard Kissoondath,<br><br><br>Debtor. |

Case No. 25-11426

Chapter 11 (Subchapter V)

Judge: Jerrold N. Poslusny, Jr.

**MOTION OF BIELLI & KLAUDER LLC FOR ENTRY OF AN ORDER AUTHORIZING WITHDRAWAL OF BIELLI & KLAUDER, LLC AS COUNSEL TO THE DEBTOR, SASHA RICHARD KISSOONDATH**

Bielli & Klauder LLC ("BK") hereby moves this court for entry of an order authorizing the withdrawal of Bielli & Klauder LLC as counsel to the Debtor, Sasha Richard Kissoondath (the "Motion"). In support of the Motion, BK states as follows:

1. This court has jurisdiction over the subject matter of the Motion pursuant to 28 U.S.C. §§ 157 and 1334.

2. Sasha Richard Kissoondath (the "Debtor") filed a voluntary petition under chapter 11 of title 11 of the United States Code ("Bankruptcy Code") on February 12, 2025 ("Petition Date").

3. Douglas S. Stanger was appointed as the Subchapter V Trustee in this matter on February 27, 2025.

4. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

5. On March 7, 2025, this Court entered an order authorizing the Debtor to employ BK as his bankruptcy counsel. Since that time, BK has diligently represented the Debtor, attempting to resolve disputes and formulate and implement a plan of reorganization. BK's efforts have been hindered by the Debtor's lack of cooperation and communication throughout this case.

6. Irreconcilable differences have arisen between counsel and the Debtor which require the withdrawal of counsel Pursuant to L.B.R. 2091-1.

7. Additionally, the Debtor is unable, or unwilling, to pay BK the fees and expenses owed pursuant to this Court's Order dated August 4, 2025 (D.I. 47).

8. Pursuant to New Jersey Rules of Professional Conduct Section 1.16(b), a lawyer may withdraw from representing a client if:

> (1) withdrawal can be accomplished without material adverse effect on the interests of the client;
>
> (5) the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled; or
>
> (6) the representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client; or
>
> (7) other good cause for withdrawal exists.

NJ Rules of Professional Conduct Section 1.16(b).

9. BK has provided the Debtor with reasonable warning and notice on August 8, 2025 that it will withdraw from representation as the Debtor is not fulfilling its obligations to the BK regarding services.

10. BK and the Debtor have an irreconcilable conflict and continued representation of the Debtor will result in an unreasonable financial burden to BK.

11. In addition, withdrawal of BK can be accomplished without a material adverse effect to the Debtor.

12. Pursuant to L.B.R. 2091-1, BK requests authority to withdraw as counsel to the Debtor.

13. BK has provided the Debtor with a copy of this Motion.

## **NOTICE**

14. Notice of this Motion has been given to (a) the Debtor; (b) the Office of the United States Trustee; and (c) each party that has requested to receive notice pursuant to the Bankruptcy Rule 2002. In light of the nature of the relief requested herein, BK submits that no other or further notice is required.

15. No previous request for relief sought herein has been made to this Court or any other Court.

WHEREFORE, Bielli & Klauder LLC respectfully requests that this honorable Court enter the attached proposed form of Order authorizing BK to Withdraw as Counsel to the Debtor, and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

Dated: September 2, 2025

By: */s/ Angela L. Mastrangelo*
Angela L. Mastrangelo, Esquire
BIELLI & KLAUDER, LLC
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 642-8271
mastrangelo@bk-legal.com

*Counsel to the Debtor, Sasha R. Kissoondath*

3