| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**BIELLI & KLAUDER, LLC**<br>Angela L. Mastrangelo, Esquire<br>(No. 239652019)<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>Telephone: 215-642-8271<br>mastrangelo@bk-legal.com<br><br>Counsel to Sasha R. Kissoondath | |
|---|---|
| | Case No.: 25-11426 |
| | Chapter: 11 |
| In Re:<br><br>    Sasha Richard Kissoondath,<br><br>        Debtor. | Adv. No.: _____<br>Hearing Date: _____<br>Judge: JNP |

## CERTIFICATION OF SERVICE

1. I, _Angela L. Mastrangelo_ :

    ☒ represent _Sasha Kissoondath_ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On September 2, 2025 I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    1. Motion of Bielli & Klauder, LLC for Entry of an Order Authorizing Withdrawal of Bielli & Klauder, LLC as Counsel to the Debtor, Sasha Richard Kissoondath

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: September 2, 2025                      _/s/ Angela L. Mastrangelo_
                                                                  Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Local 7 Tile Industry<br>c/o Maura Moosnick, Esq.<br>Virginia & Ambinder, LLP 40<br>Broad Street,<br>7th Floor<br>New York, NY 10004<br>mmoosnick@vandallp.com | Interested Party | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other __Email__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jeffrey M. Sponder, Esq.<br>United States Department of Justice<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>jeffrey.m.sponder@usdoj.gov | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other __Email__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Douglas S. Stanger, Esquire<br>Flaster, Greenberg, PC<br>646 Ocean Heights Avenue<br>Linwood, NJ 08221<br>doug.stanger@flastergreenberg.com | Subchapter V Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other __Email__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | |
| | | |