Sasha Richard Kissoondath

P.O. Box 707

Crowley, Texas, 76036

(856) 503-7904

sasha@kimotile.net

FILED
JEANNE A. NAUGHTON, CLERK
SEP 26 2025
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY_____DEPUTY

Hon. Jerrold N. Poslusny, Jr., U.S.B.J.

Mitchell H. Cohen

U.S. Courthouse 400 Cooper Street,

4th Floor Camden, N.J. 08101

Courtroom 4C

Tuesday 23rd, September 2025

Re: Sasha Richard Kissoondath Case No. 25-11426-JNP Motion to Withdraw as Attorney (Doc. 56)
Returnable: September 30, 2025, 11:00 a.m.

Dear Judge Poslusny:

Please note I am the Debtor for the above matter. I have some major concerns with regards to proceeding without counsel. I am still unsure why Counsel has made the request to withdraw.

Please forgive the format of this letter since I am not an attorney to ensure this is drafted properly. I formally object to my attorney's request to oppose the withdrawal. My reasons are:

- I am a Federal Officer with Department Homeland Security and subject to deployment because of my job
- In the past 8 months I have been to New Orleans, Washington, D.C., Orlando and currently in Texas. I am a member of the National Deployment Force.
- If the attorney does not continue to handle my case, I will be faced with undue hardship and prejudice to my case.
- The case is not yet complete and scheduled for confirmation in early October.
- Since I am deployed, I will face extreme difficulty in finding new counsel and increasing the costs of the litigation.

- The attorney's departure would cause significant delays with my case and leave me without adequate legal representation. Withdrawal would delay critical legal deadlines, violating procedural rules.

- I have paid my attorney $16,000.00 to date and have been making $500.00 payments every two weeks when I get paid. I currently have 8 total payments left. I currently do not have any savings or other funds to obtain and secure another attorney. I should receive back all fees paid to date for counsel if the motion is granted for withdrawal.

- I have done everything that my attorney and his office have requested.

- My attorney claims that I do not have a case without the Business's Chapter 11, however I beg to differ since this is my personal case and should have no relevance with the business case.

- I am in no position to get a lump sum of money to obtain a new lawyer, and the time is of essence to get my case and plan filed on October 2nd as scheduled. All my MOR's and reports are current and up to date.

Respectfully submitted,

*Sasha Richard Kissoondath*

cc: Douglas Stanger

Thomas Bielli

# PRIORITY MAIL EXPRESS®

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

USPS.COM/PICKUP

EP13F October 2023
OD: 12 1/2 x 9 1/2

## UNITED STATES POSTAL SERVICE ®  PRIORITY MAIL EXPRESS®

**FROM:** (PLEASE PRINT)    PHONE ( )

Susan Kissannarit
P.O. Box 707
Crowley TX 76036

**DELIVERY OPTIONS** (Customer Use Only)
☒ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required
☐ 10:30 AM Delivery Required

**TO:** (PLEASE PRINT)    PHONE ( )

Hon Jerrold Poslusny Jr
Mitchell H. Cohen
U.S. Courthouse, 400 Cooper St
4th Flr, Camden NJ 08102

### PAYMENT BY ACCOUNT (if applicable)

**ORIGIN (POSTAL SERVICE USE ONLY)**

| PO ZIP Code | Day | Scheduled Delivery Date | Postage |
|---|---|---|---|
| 76018 | ☒ | 9-25-25 | $31.40 |

Date Accepted: 9-23-25
Time Accepted: 4:17 PM
Scheduled Delivery Time: ☐ 10:30 AM ☐ 12 NOON
Weight: 0 lbs 0 ozs
☐ Flat Rate
Total Postage & Fees: $31.40

EJ 498 928 773 US

PRESS FIRMLY TO SEAL

RDC 07
S2324W501668-02